UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 05 B 21937
   FREDRICK J EMANUEL
                                      CHAPTER 13

                                      JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-4463
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/02/05 and confirmed on 07/22/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  24965.46 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED | 9621.22 | 972.90 | 9621.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8504.82 | .00 | 5454.81 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 593.58 | .00 | 380.71 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 509.06 | .00 | 326.50 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 286.34 | .00 | 183.65 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3674.46 | .00 | 2356.72 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 224.61 | .00 | 144.06 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2162.41 | .00 | 1386.92 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 9621.22 | .00 | 15955.28 | .00 | 25576.50 |
| PRINCIPAL PAID | 9621.22 | .00 | 10233.37 | .00 | 19854.59 |
| INTEREST PAID | 972.90 | .00 | .00 | .00 | 972.90 |
| TOTAL PAID | 10594.12 | .00 | 10233.37 | .00 | 20827.49 |

The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   1072.51 .

Refunds to the Debtor totaled $     365.46 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 02/09/09                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 05 B 21937 FREDRICK J EMANUEL